IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDGAR LEROY WARD, # 222515, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04v28-ID |
| | ) | (WO) |
| GWENDOLYN MOSLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 4, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 28.)  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.   The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2.   The motions for summary judgment filed by the defendants be and the same are hereby GRANTED;

3.   The above-styled cause be and the same is hereby DISMISSED with prejudice;

4.   The costs of this proceeding be and the same are hereby TAXED against the plaintiff, for which let execution issue.

DONE this 24th day of May, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE